An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

LISA S. MYERS,
Appellant,
vs.
CALEB OBADIAH HASKINS,
Respondent.

No. 65518

**FILED**

JUL 17 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

When this proper person appeal was docketed, this court gave appellant 40 days to file and serve her civil proper person appeal statement. Appellant's civil appeal statement was due in this court by June 4, 2014. To date, appellant has failed to file her civil proper person appeal statement or otherwise respond to this court's directive. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, C.J.

cc: Hon. T. Arthur Ritchie, Jr., District Judge, Family Court Division
Lisa S. Myers
Revolutionary Law
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-23256